UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| KAREN ALLEN, | Case No.: 19CV1464-KSC |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS [DOC. NO. 3]** |
| ANDREW H. SAUL, Commissioner of Social Security, | |
| Defendant. | |

On August 5, 2019, plaintiff Karen Allen commenced an action against Andrew H. Saul, the Commissioner of Social Security, seeking review of a final adverse decision of the Commissioner. [Doc. No. 1.] Plaintiff also filed an Application to Proceed with her Complaint in forma pauperis. [Doc. No. 3.] The Application is in the form of an affidavit. [*Id.*]

A court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all his or her assets, showing that he or she is unable to pay the filing fee. *See* 28 U.S.C. § 1915(a). The affidavit must "state the facts as to [the] affiant's poverty with some particularity, definiteness and certainty." *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir.1981) (internal quotations omitted).

1

| | |
|---|---|
| 1 | A party need not be completely destitute to proceed in forma pauperis. *Adkins v.* |
| 2 | *E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339–340 (1948). An affidavit is sufficient |
| 3 | if it shows that the applicant cannot pay the fee "and still be able to provide himself [or |
| 4 | herself] and dependents with the necessities of life." *Id.* (internal quotations omitted). |
| 5 | Here, plaintiff's affidavit states that she is unemployed and has limited income and |
| 6 | assets. Her only income is public-assistance which, including food stamps, totals $569 |
| 7 | per month. [Doc. No. 3, pp. 2 and 9.] Her only asset is $40 in cash. [*Id.*, pp. 2-3 and 9- |
| 8 | 10.] Her monthly expenses total $255, which includes food ($192) and a cellular phone |
| 9 | bill ($63). [*Id.*, pp. 4-5, 7 and 9-10.] Therefore, the Court finds that plaintiff has |
| 10 | submitted an affidavit which sufficiently shows that she lacks the financial resources to |
| 11 | pay her filing fee. Accordingly, |
| 12 | IT IS HEREBY ORDERED THAT plaintiff's Application to Proceed with his |
| 13 | Complaint in forma pauperis is GRANTED. [Doc. No. 3.] |
| 14 | Dated: August 14, 2019 |

Hon. Karen S. Crawford
United States Magistrate Judge